# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1767

_____

United States of America

*Plaintiff - Appellee*

v.

Patricia Ashton Derges

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: April 10, 2026
Filed: April 15, 2026
[Unpublished]

_____

Before SHEPHERD, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Patricia Derges appeals after the district court[1] denied her motion seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A). On appeal, Derges argues

---

[1]The Honorable Brian C. Wimes, Chief Judge, United States District Court for the Western District of Missouri.

that she suffers from serious medical conditions which make her eligible for relief. Upon careful review, we conclude that the district court did not abuse its discretion in denying compassionate release, as the court considered the relevant factors and adequately explained its decision.  See United States v. Rodd, 966 F.3d 740, 747-48 (8th Cir. 2020) (declining to decide if district court erred in determining eligibility for compassionate relief, as court did not abuse its discretion in alternatively concluding relief was unjustified under 18 U.S.C. § 3553(a) factors); United States v. Marcussen, 15 F.4th 855, 859 (8th Cir. 2021) (no abuse of broad discretion when district court considered prisoner's unique circumstances and health conditions, and concluded the § 3553(a) factors weighed against release).

Accordingly, we affirm.

_____